**E-Filed 9/27/05**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| XEROX CORPORATION,<br><br>　　Plaintiff,<br><br>vs.<br><br>FAR WESTERN GRAPHICS, INC.,<br><br>　　Defendant.<br>_____/<br>AND RELATED COUNTER ACTION<br>_____/ | Case: C03 04059 JF (PVT)<br><br>**RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT AFTER HEARING AGAINST DAVID MOTEKAITIS** |

　　1.　The application of plaintiff and counterdefendant Xerox Corporation ("Xerox") for a right to attach order and order for issuance of writ of attachment against the property of defendant David Motekaitis ("Motekaitis") came on for hearing on September 23, 2005 at 9:00 a.m., Courtroom 3 before the Hon. Jeremy Fogel.

　　The following persons were present at the hearing:

　　Counsel for plaintiff:

　　Counsel for defendant:

　　2.　THE COURT FINDS

　　a.　Motekaitis is a natural person.

　　b.　The claim upon which the application is based is one upon which an attachment may be issued.

**[PROPOSED] RIGHT TO ATTACH ORDER AGAINST DAVID MOTEKAITIS**　　　　1

c. Plaintiff has established the probable validity of the claim upon which the attachment is based.

d. The attachment is not sought for a purpose other than the recovery on the claim upon which the attachment is based.

e. The amount to be secured by the attachment is greater than zero.

f. The defendant failed to prove that all the property described in plaintiff's application is exempt from attachment.

An undertaking in the amount of $10,000.00 is required before a writ shall issue, and plaintiff has not filed an undertaking in that amount.

3. THE COURT ORDERS

a. Plaintiff has a right to attach property of defendant Motekaitis in the amount of $104,130.10.

The clerk shall issue a writ of attachment in the amount stated in paragraph 3a upon the filing of an undertaking in the amount of $10,000.00 for the property of a defendant who is a natural person that is subject to attachment under Code of Civil Procedure section 487.010, described as follows:

Real property [CCP 487.010(c)(1)]; Accounts receivable [CCP 487.010(c)(2)]; Equipment and Inventory [CCP 487.010(c)(3)-(5)]; Final Money Judgments [CCP 487.010(c)(6)]; Money on Business Premises [CCP 487.010(c)(7)]; Money located elsewhere/Deposit accounts [CCP 487.010(c)(7)]; Negotiable instruments/securities [CCP 487.010(c)(8)-(10)]; Community Property [CCP 487.010(d)(1),(2)]; All property held by the business defendants for which there is a statutory method of levy [CCP 487.010(a), (b)]; All pending causes of action of defendants [CCP 491.410(a)].

**NOTICE TO DEFENDANT: FAILURE TO COMPLY WITH THIS ORDER MAY SUBJECT YOU TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT.**

DATED: 9/27/05

/s/ electronic signature authorized
_____
Jeremy Fogel
United States District Judge

[PROPOSED] RIGHT TO ATTACH ORDER AGAINST DAVID MOTEKAITIS     3